David WILLIAMS, Appellant,

v.

Anthony BRADLEY, Correctional Officer, Jefferson County Jail/Correctional Facility, ADC; Ronald Bailey, Lt., Maximum Security Unit, ADC; Tommy James, Assistant Warden, Maximum Security Unit, ADC; Greg Harmon, Warden, East Arkansas Regional Unit, ADC; Marvin Evans, Warden, Tucker Unit, ADC; Ray Hobbs, Chief Deputy Director, ADC; Max Mobley, Director of Health/Treatment, ADC; Robert Clark, ADC; James Gibson, Disciplinary Hearing Administrator, ADC; Keith Waddle, Disciplinary Hearing Officer, ADC; Larry Norris, Director, ADC; Sarah Speer, Infirmary Administrator, ADC; Rick Toney, Warden, Varner Unit, ADC; Tim Moncrief, Warden, Varner Unit, ADC, Appellees.

No. 08–3554.

United States Court of Appeals, Eighth Circuit.

Submitted: Nov. 13, 2009.

Filed: Nov. 18, 2009.

Before BYE, BOWMAN, and BENTON, Circuit Judges.

PER CURIAM.

Inmate David Williams appeals the district court's [1] adverse grant of summary

---

1. The Honorable Dean Whipple, United States District Judge for the Western District of Missouri.

1. The Honorable Beth Deere, United States Magistrate Judge for the Eastern District of

Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

judgment in his 42 U.S.C. § 1983 action. Having conducted de novo review of the record, we conclude that the district court properly granted summary judgment in this matter. *See Mason v. Corr. Med. Servs., Inc.,* 559 F.3d 880, 884–85 (8th Cir. 2009) (standard of review); *see also Reed v. Lear Corp.,* 556 F.3d 674, 678 (8th Cir. 2009) (to defeat summary judgment, plaintiff must substantiate allegations with sufficient probative evidence permitting finding in his favor). We also find that the district court properly limited its consideration to those claims that Williams raised in his third amended complaint, which he filed through appointed counsel. *See In re Wireless Tel. Fed. Cost Recovery Fees Litig.,* 396 F.3d 922, 928 (8th Cir.2005). Accordingly, we affirm. *See* 8th Cir. R. 47B.